

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00204-CV

| | | |
|---|---|---|
| MID-AMERICA APARTMENTS, L.P. D/B/A COLONIAL VILLAGE AT WILLOW CREEK APARTMENTS, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2021-002043-1) |
| V. | § | October 28, 2021 |
| TRAVIS TROJAN AND CAMMY NULL, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further order that Appellees Travis Trojan and Cammy Null shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
Justice Dabney Bassel